UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASIA BIRD,<br><br>                    Plaintiff,<br><br>          v.<br><br>REAL TIME RESOLUTIONS, INC.,<br><br>                    Defendant. | Case No.  5:15-cv-04927-EJD<br><br>**ORDER TO SHOW CAUSE** |

On November 18, 2015, Defendant Real Time Resolutions, Inc. ("Defendant") filed a motion to dismiss Plaintiff Asia Bird's ("Plaintiff") Complaint.  See Docket Item No. 4.  This motion was served on Plaintiff by mail at two addresses, including the address listed on her pleadings.  Pursuant to Civil Local Rule 7-3, an opposition to the motion should have been filed on or about December 7, 2015.  As of the date and time this order was filed, however, Plaintiff has not filed an opposition or otherwise participated in this case.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute.  If Plaintiff does not, by **January 4, 2016**, demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated:  December 18, 2015

_____
EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California