ASIA BIRD
4373 N. Pheasant Ridge Trail
Lehi, Utah 84043-4977
Telephone: (831) 566-1208

Plaintiff *Pro Se*

**IT IS SO ORDERED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIA BIRD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> REAL TIME RESOLUTIONS, INC., a Texas Corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | CIVIL NO.: 5:15-CV-04927 ~~NC~~ EJD <br><br> ORDER GRANTING <br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

I am the Plaintiff in this matter and I voluntarily dismiss this lawsuit pursuant to *Federal Rule of Civil Procedure 41(a)(1)(A)(i)*. The Federal Rules of Civil Procedure permit a Plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment..." *Federal Rule of Civil Procedure 41(a)(1)(A)(i)*.

The Court has permitted the Plaintiff to file an amended complaint by June 3, 2016 and Defendant REAL TIME RESOLUTIONS, INC. has not filed a motion for summary judgment or an

answer to Plaintiff's amended complaint.  Plaintiff wishes to dismiss the case at issue against all parties named and unnamed. Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

June 3, 2016                                    Respectfully submitted,

*[signature]*

ASIA BIRD
PLAINTIFF *PRO SE*
4373 N. Pheasant Ridge Trail
Lehi, Utah 84043-4977
Telephone: (831) 566-1208

Case Name: *Bird v. Real Time Resolutions, Inc., et al.*
Case Number: 5:15-CV-04927 NC

## PROOF OF SERVICE
### COUNTY OF SANTA CRUZ

I, _Apla Pick_, Declarant, am over the age of eighteen (18) years and not a party to the within action. My address is _____

On June 3, 2016, I served the following document(s) described as "**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**" on the interested parties as shown on the attached "Service List" in the manner indicated below:

**X**  **U.S. MAIL:** I enclosed the documents in a sealed envelope or package addressed to the person listed in the "Service List" below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collective and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope with postage fully prepaid.

___  **ELECTRONIC SERVICE (Email):** Based on a court order or an agreement of the parties to accept electronic service, I transmitted electronically, or caused to be transmitted electronically, the document(s) set forth herein to the addressee(s) at the e-mail address(es) set forth herein.

___  **FACSIMILE:** Based on an agreement of the parties to accept service by facsimile transmission, I caused the within document(s) to be transmitted by telephonic facsimile to the addressee(s) described herein. No error was reported by the machine that I used. A copy of the recorded facsimile transmission, which I printed out, is attached.

___  **PERSONAL SERVICE:** I placed true and correct copies of the above-described documents enclosed in a sealed envelope addressed as described herein and caused them to be personally delivered to the interested parties at the addresses described herein.

___  **OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the interested parties shown on the "Service List." I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on June 3, 2016, at Santa Cruz, California.

_____
Declarant

|   |   |
|---|---|
| 1 | <u>SERVICE LIST</u> |
| 2 | Von Ryan Reyes, Esq. |
| 3 | Nathaniel Lucey, Esq.<br>ERICKSEN ARBUTHNOT |
| 4 | 152 North Third Street, Suite 700<br>San Jose, CA 95112 |
| 5 | |
|   | *Attorneys for Real Time Resolutions, Inc.* |